944

No. 91–7856. DANIELSON v. ROSZKOWSKI. C. A. 7th Cir. Certiorari denied.

No. 91–7860. MCCOY v. NEWSOME, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 91–7862. CASWELL v. RYAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–7868. SINDRAM v. SAXTON ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–7870. MCLAURIN v. NORTHLAND SECURITY POLICE DETAIL ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–7871. MCLAURIN v. NORTHLAND SECURITY POLICE DETAIL ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–7875. HULL v. PARKER, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–7878. HAMPSON v. BOARD OF EDUCATION, THORNTON FRACTIONAL TOWNSHIP HIGH SCHOOLS, DISTRICT 215, COOK COUNTY, ILLINOIS, ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–7955. BOONE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7965. CASEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7966. ATKINS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–7967. BROWN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7986. COLLINS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7987. UPSHAW v. UNITED STATES. C. A. 6th Cir. Certiorari denied.